# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00440-CV

**In re Ray Hill**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed an original proceeding seeking to "compel performance of process, service of summons, citation." We interpret relator's petition as a petition for writ of mandamus. The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Filed:  July 22, 2016

Do Not Publish